App. Div.] Second Department, May, 1917.

GEORGE MICHEL, Respondent, v. WALTON TOY COMPANY, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.

GEORGE BULLOCK, Respondent, v. JAMES S. COOLEY, District Superintendent of Schools of the First Supervisory District of Nassau County, and Others, Appellants, and Others, Defendants.— Order affirmed on argument, without costs, and without passing upon the merits of the question of law presented by the litigation. Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred. Order to be settled before the presiding justice.

COOPER COMPANY, Respondent, v. JACOB WOLF and Another, Defendants, Impleaded with BERNARD NAUMBURG and ELSA H. NAUMBURG, Appellants. — While the discontinuance of the foreclosure suit after entry of final judgment may not always obviate applying for leave under Code of Civil Procedure, section 1628, to bring an after-suit, these appellants are not in a position to raise that objection. Bernard Naumburg assented to the discontinuance, which also could not have aggrieved the appellant Elsa H. Naumburg, as she was not a party to the foreclosure, the summons not having been served upon her, and, therefore, she is not put to the expense of a double litigation. The judgment is, therefore, affirmed, with costs. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Blackmar, J., concurred in result.

FENTON F. CRAFT, Respondent, v. FRANK KNASS and Others, Appellants. — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

MARIA FIGLIOLINI, Appellant, v. BUSH TERMINAL BUILDINGS COMPANY, a Corporation, Respondent, and Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

THOMAS O'ROURKE GALLAGHER, Appellant, v. ABNER C. SURPLESS and JAMES M. GALLAGHER, Respondents.— Discontinued, with costs. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

SARAH V. HAMILTON, Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ.

WILLIAM H. HAMILTON, Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ.

BECKIE HECKER, as Administratrix, etc., Appellant, v. OCEAN ELECTRIC RAILWAY COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

WOLF HIRSCH, as Administrator, etc., of CHARLES HIRSCH, Deceased, Appellant, v. JOHN RANDOLPH GILES, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.